**FAEGRE DRINKER BIDDLE & REATH LLP**
PAUL A. ROSENTHAL (SBN 338994)
paul.rosenthal@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: +1 973 549 7000
Facsimile: +1 973 360 9831

JOIE C. HAND (SBN 342325)
joie.hand@faegredrinker.com
KAYLEE A. RACS (SBN 353919)
kaylee.racs@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

Attorneys for Defendant
MH SUB I, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EVANS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MH SUB I, LLC, a Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:26-cv-02684-VC<br><br>Reassigned to Judge Vince Chhabria<br><br>**DEFENDANT MH SUB I, LLC'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>**New Date: May 21, 2026**<br>Old Date: May 11, 2026<br>New Time: 10:00am<br>New Courtroom: 4 – 17th Floor<br><br>Complaint Filed: February 20, 2026<br>Removal Filed: March 26, 2026 |

## AMENDED NOTICE OF MOTION[1]

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **May 21, 2026, at 10:00 a.m**., or as soon thereafter as the matter may be heard, before the Honorable Vince Chhabria, in Courtroom 4 – 17th Floor of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant MH Sub I, LLC will and hereby does move the Court for an order dismissing all causes of action asserted in the Complaint by Plaintiff Scott Evans pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is based on this Amended Notice, the previously filed Memorandum of Points and Authorities (Dkt. 5), and [Proposed] Order (Dkt. 5-1), and such further evidence and argument as the Court may permit.

DATED: April 15, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: *<u>/s/ Paul A. Rosenthal</u>*
Paul A. Rosenthal
Joie C. Hand
Kaylee A. Racs

Attorneys for Defendant
MH SUB I, LLC

---

[1] On April 10, 2026, this action was reassigned to the Hon. Vince Chhabria (Dkt. 10) and all hearing dates were vacated. Accordingly, Defendant hereby re-notices its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) for hearing before Judge Chhabria.